IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN BAKER, a Washington resident,<br><br>    Plaintiff,<br><br>    vs.<br><br>TEQUILA SUNRISE LLC, a Washington Limited Liability Company,<br><br>    Defendant. | NO.  2:18-cv-01393<br>**STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) WITH PREJUDICE** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Brian Baker and defendant Tequila Sunrise, LLC, by and through their undersigned counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice, and without costs or attorney's fees to either party, pursuant to a settlement agreement between the parties.

STIPULATION FOR DISMISSAL UNDER
RULE 41(a)(1)(A)(ii) WITH PREJUDICE - 1

Case No: 2:18-cv-01393

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

1  Dated this 4th day of January, 2019

2

3            WASHINGTON CIVIL & DISABILITY ADVOCATE

4        /s/Michael Terasaki
      Michael Terasaki
      WSBA # 51923

5        3513 NE 45th Street, Suite G
      Seattle, WA 98105

6        (206) 402-5846
      terasaki@wacda.com

7        *Attorney for Plaintiff Brian Baker*

8

9  Dated this 4th day of January, 2019

10       INSLEE, BEST, DOEZIE & RYDER, P.S.

11       /s/ Richard A. Bersin
      WSBA # 7178

12       10900 NE 4th Street, Suite 1500
      Bellevue, WA 98004

13       (425) 455-1234
      rbersin@insleebest.com

14       *Attorneys for Defendant Tequila Sunrise, LLC*

15

16

17

18

19

20

21

22

STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) WITH PREJUDICE - 2

Case No: 2:18-cv-01393

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

## CERTIFICATE OF SERVICE

I, Michael Terasaki, hereby certify under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

Signed at Seattle, Washington this 4th day of January, 2019.

    s/Michael Terasaki
Michael Terasaki

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 402-5846
terasaki@wacda.com

STIPULATION FOR DISMISSAL UNDER
RULE 41(a)(1)(A)(ii) WITH PREJUDICE - 3

Case No: 2:18-cv-01393

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846